Two Brothers Motors, Inc., Respondent, v. Bruce Blackburn, Appellant. — Order of the Monroe County Court affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Monroe County Court reversing a judgment of Rochester City Court which dismissed plaintiff's complaint and defendant's counterclaim, and directing entry of judgment in favor of plaintiff, in an automobile negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

Hertzel Rotenberg, Respondent, v. Burke Furniture Co., Inc., Appellant. — Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order granting a motion by plaintiff to examine defendant before trial, in an action to recover money due for services rendered.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

The People of the State of New York, Respondent, v. Alphonse Alessi, Appellant. — Order reversed on the law and facts, without costs of this appeal to either party, and matter remitted to the County Court of Monroe County for hearing and determination of the issue presented. Memorandum: In view of petitioner's positive statement that he was not advised in any manner as to his right to have the aid of counsel either upon his arraignment, plea or sentence on the 1934 indictment for the crime of robbery in the first degree, and the failure of the District Attorney to furnish unquestionable documentary or other proof conclusively refuting the petitioner's allegation, we conclude that petitioner is entitled to a hearing in open court upon the merits of his application for a writ of error *coram nobis*. (*People* v. *Langan*, 303 N. Y. 474; *People* v. *Richetti*, 302 N. Y. 290; *Matter of Bojinoff* v. *People*, 299 N. Y. 145.) All concur. (Appeal from an order denying defendant's motion for an order *coram nobis*.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

■

In the Matter of John Spellman, Appellant. — Order reversed on the law, without costs of this appeal to either party, and matter remitted to the County Court of Cayuga County for hearing and determination. (See *Matter of Bojinoff* v. *People*, 299 N. Y. 145, 152, and see, also, *People* v. *Langan*, 303 N. Y. 474, and *People* v. *Richetti*, 302 N. Y. 290.) All concur. (Appeal from an order denying petitioner's prayer for a writ of *coram nobis*.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.